Marian Ann Brown
1383 S 1500 West
Springville, UT 84663
*Pro Se* Debtor

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2017 JUL 20 AM 10: 32

DISTRICT OF UTAH
   MAIL

IN THE UNITED STATS BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
Central Division

In re:                                   Bankruptcy Case No. 17-25166

Marian Ann Brown                         (a Chapter 7 case)

           Debtor

OBJECTION TO MOTION OF FEDERAL MORTGAGE ASSOCIATION ("FANNIE MAE")
FOR TERMINATION OF THE AUTOMATIC STAY

COMES NOW Marian Ann Brown and files *pro se* an Objection to the Motion for Termination of the Automatic Stay filed by the Federal Mortgage Association ("Fannie Mae") and in support hereof now states:

1. That the Motion for Termination of the Automatic Stay should be denied because the Debtor's non-filing, co-debtor spouse, J. Roy Brown, died unexpectedly on June 17, 2017, three days after the Debtor filed the Chapter 7 bankruptcy petition *pro se*. The death may have significantly changed the Debtor's circumstances and legal position. A copy of the Death Certificate is attached here as **Exhibit A.**

2. In spite of this sudden, tragic event, the Debtor has made a diligent effort to comply with all of the bankruptcy filing requirements for this case so as not to unnecessarily delay the bankruptcy process. However, legal questions and concerns have surfaced relating to what is now the Estate of J. Roy Brown, specifically the Estate's position regarding the family home, which is described in Paragraph 3 of the Movant's Motion to Terminate the Automatic Stay and is the sole object of said motion.

3. The Debtor is no longer able to handle this case *pro se* and is in need of formal legal representation going forward. To accommodate this, the Debtor is requesting sufficient time to gather professional recommendations and funding to retain an attorney for legal representation.

4. The Debtor appeared at the scheduled Meeting of Creditors and respectfully requested at that meeting (and also in a written email to the Trustee sent before the meeting) that the meeting be continued for at least 30 days to allow time for legal representation to be retained, to facilitate a review of the documents already filed, and to prepare an action plan and supporting documents for, hopefully, moving forward to discharge.

1

5. WHEREFORE, the Debtor, Marian Ann Brown, prays that the Court deny the Motion for Termination of the Automatic Stay filed by the Federal Mortgage Association ("Fannie Mae") to allow enough time to determine the rightful and legal standing of all parties concerned in the outcome of this bankruptcy case, and to be properly applied specifically to the status of the family home.

Respectfully submitted,

*/s/ Marian Ann Brown*
Marian Ann Brown

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of this Objection to the Motion for Termination of the Automatic Stay, by prepaid U.S. First Class Mail, to the following persons on July 18, 2017:

Philip G. Jones, Trustee
853 W Center Street
Orem, UT 84057

Mark S. Middlemas
Tom Cook
Lundberg & Associates, PC
3269 S. Main Street, Suite 100
Salt Lake City, UT 84115

*/s/ Marian Ann Brown*
Marian Ann Brown

Exhibit A

# CERTIFICATE OF DEATH
State File Number: 2017008692

## Joseph LeRoy Brown

**DECEDENT INFORMATION**
- Date of Death: June 17, 2017
- City of Death: Springville
- Age: 75
- Place of Birth: Alameda, California
- Armed Services: No
- Spouse's Name: Marian Ann May
- Industry/Business: Insurance
- Residence: Springville, Utah
- Parent or Mother: Donna Evans Cole
- Facility or Address: 1383 South 1500 West
- Time of Death: 10:38
- County of Death: Utah
- Date of Birth: September 4, 1941
- Sex: Male
- Marital Status: Married
- Usual Occupation: Insurance Broker
- Education: Master's Degree
- Parent or Father: Vern Melvin Brown
- Facility Type: Home

**INFORMANT INFORMATION**
- Name: Marian Ann Brown
- Relationship: Wife
- Mailing Address: 1383 South 1500 West, Springville, Utah 84663

**DISPOSITION INFORMATION**
- Method of Disposition: Burial
- Place of Disposition: Salt Lake City Cemetery, Salt Lake City, Utah
- Date of Disposition: June 22, 2017

**FUNERAL HOME INFORMATION**
- Funeral Home: Utah Valley Mortuary
- Address: 1966 West 700 North, Lindon, Utah 84042
- Funeral Director: Steven J Furner

**MEDICAL CERTIFICATION**
- Medical Professional: Richard E Allen MD, St Marks Hospital, 1250 East 3900 South Suite 260, Salt Lake City, Utah 84124

**CAUSE OF DEATH**
- Multi System Organ Failure
- Due to (or as a consequence of): Prostate Cancer
- Tobacco Use: Unknown if User
- Medical Examiner Contacted: No   Autopsy Performed: No   Manner of Death: Natural

Date Registered: June 19, 2017
Date Issued: June 19, 2017

This is an exact reproduction of the facts registered in the Utah State Office of Vital Records and Statistics. Security features of this official document include: High Resolution Border, V & R images in top cycloids, and microtext. This document displays the date, seal, and signature of the Utah State Registrar of Vital Records and Statistics.

Richard J. Oborn, MPA
State Registrar
Rev. 1/16


065391552

Ralph Clegg, EHS, MPA
Executive Director
Utah County Health Department

Utah County Health Department

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE